*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 25, 2015                    519551
_____

In the Matter of LEIN FIGUEROA,
                         Petitioner,

        v

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                         Respondent.
_____

MEMORANDUM AND JUDGMENT

Calendar Date:  May 5, 2015

Before:  Peters, P.J., Garry, Devine and Clark, JJ.

_____

        Lein Figueroa, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Garry, Devine and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court